UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDITH CATHERINE CASH

**Plaintiff,**                                   CASE NO.: 8:08-cv-00743-T-27MAP

v.

JAMES B. PEAKE as SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS

    **Defendant.**
_____/

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ILIENE PAGE

    **Plaintiff,**                          CASE NO.: 8:08-cv-00789-17MAP

v.

JAMES B. PEAKE as SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS

    **Defendant.**
_____/

## PLAINTIFFS' COUNSEL'S SUPPLEMENTAL NOTICE TO THE COURT

Plaintiffs are advising the Court through their undersigned counsel that he erred regarding the Government's position in this matter. The Government is amenable to a forty-five (45) day extension for the Plaintiffs to secure other counsel.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g), Plaintiffs' counsel discussed the relief sought herein with Defendant's counsel and Defendant's counsel indicated that he has no objection to the relief requested herein.

>Respectfully submitted,
>
>/s/ Steven G. Wenzel
>**STEVEN G. WENZEL, ESQUIRE**
>Florida Bar Number: 159055
>Wenzel Fenton Cabassa, P.A.
>1110 North Florida Avenue, Suite 300
>Tampa, FL 33602
>Tel: 813-224-0431
>Fax: 813-229-8712
>Attorneys for Plaintiff
>swenzel@wfclaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3rd, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to: Javier M. Guzman, Assistant United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, FL 33602.

>/s/ Steven G. Wenzel
>**STEVEN G. WENZEL, ESQUIRE**